```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              Oct 20, 2015

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      PMC        DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORVILLE HOLDINGS, INC., a California Limited Liability Company; PARTY CENTER INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-04505-SVW-MRW<br><br>**ORDER**<br><br>JS-6 |

### ORDER

The entire case is hereby ordered dismissed with prejudice.

Dated: October 20, 2015            /s/ Stephen V. Wilson
                                   HONORABLE STEPHEN V. WILSON
                                   UNITED STATES DISTRICT COURT JUDGE

1

Notice for Dismissal                          Case: 2:15-CV-04505-SVW-MRW